No. 68633.—Labels Unlimited, Inc. v. United States, protest 64/1699 (Tampa).

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of rayon labels similiar in all material respects to those the subject of *Bruce Duncan Co., Inc., a/c Standard Commodities Import & Export Corp.* v. *United States* (51 Cust. Ct. 27, C.D. 2409), the claim of the plaintiff was sustained.

No. 68634.—Lanston Industries, Inc., and Lanston Monotype Co. v. United States, protests 63/21245 and 63/21247 (Philadelphia).

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of monophoto machines or parts thereof similar in all material respects to those the subject of *Lanston Industries, Inc.* v. *United States* (49 CCPA 123, C.A.D. 807), the claim of the plaintiffs was sustained.

BEFORE THE THIRD DIVISION, JUNE 11, 1964

No. 68635.—Nurserymen's Exchange v. United States, protest 62/11301 (San Francisco).

Opinion by Donlon, J. In accordance with oral stipulation of counsel that the merchandise consists of bonsai pots, valued under $3 per dozen pieces, identified on the invoice as being blue, green, brown, and an assortment of colors, and that they are, in fact, earthenware, the claim of the plaintiff was sustained.